IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BRIAN KEITH MANLEY,

   Petitioner,

    v.

UNNAMED RESPONDENT,

   Respondent.

CIVIL ACTION FILE
NO. 1:14-CV-142-TWT

**ORDER**

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 20] of the Magistrate Judge recommending granting the Petition and reducing the Petitioner's sentence to the statutory maximum of 10 years. The Government does not oppose the relief requested. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Petitioner's sentence is reduced to the maximum of 10 years in the custody of the Bureau of Prisons and 3 years of supervised release.

SO ORDERED, this 10 day of July, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge